DENVER CIRCLE R. CO. v. BIGLER.

*Appeal from Superior Court of Denver.*

Messrs. J. P. BROCKWAY, E. L. JOHNSON and C. E. GAST, for appellant.

Messrs. BROWNE and PUTNAM, for appellee.

BECK, C. J. The same questions are presented in this case as in the case of *Railroad Co. v. Nestor* (decided at the present sitting). They arise also on substantially the same state of facts, save that the property injured is situated in Elmwood's addition to the city of Denver, which was dedicated to the city after the state constitution went into effect. We are of opinion that the law and evidence warrants an affirmance of the judgment, and it is accordingly done.

*Affirmed.*

---

DENVER CIRCLE R. CO. v. MARTIN.

*Appeal from Superior Court of Denver.*

Messrs. J. P. BROCKWAY, E. L. JOHNSON and C. E. GAST, for appellant.

Messrs. BROWNE and PUTNAM, for appellee.

BECK, C. J. This case presents the same questions, based upon a similar state of facts, as *Railroad Co. v. Nestor* (decided at the present sitting). That case is decisive of this, and the judgment is accordingly affirmed.

*Affirmed.*